# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **G&W Water Supply Corporation,** *Plaintiff,* | § § § | |
| **v.** | § § | **No. 1:26-cv-00261-ADA-SH** |
| **Thomas J. Gleeson,** *in his official capacity as Chairman and Commissioner of the Public Utility Commission of Texas, et al.,* *Defendant* | § § § § § | |

## ORDER

Now before the Court is Plaintiff G&W Water Supply Corporation's Motion to Set a Hearing Date, filed March 11, 2026 (Dkt. 18).[1]

G&W asks the Court to hold a hearing on its motion for preliminary injunction (Dkt. 6) before the Public Utility Commission of Texas ("PUC") considers the application at issue in this case, which will occur "April 17, 2026, at the earliest." *Id.* at 2.

The Court **ORDERS** the parties to promptly submit a joint status report informing the Court when "the release request in PUC Docket No. 58945," *id.*, is set on the agenda of a PUC meeting.

**SIGNED** on March 31, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 5.