# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **G&W Water Supply Corporation,** *Plaintiff,* | § § § | |
| **v.** | § § | **No. 1:26-cv-00261-ADA-SH** |
| **Thomas J. Gleeson,** *in his official capacity as Chairman and Commissioner of the Public Utility Commission of Texas,* *et al.,* *Defendants* | § § § § § § | |

## ORDER

On April 8, 2026, the Court granted Plaintiff G&W Water Supply Corporation's Motion to Set a Hearing Date and ordered the parties to appear on April 16, 2026, for a hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 12) and Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 15).[1] Dkt. 24.

At Plaintiff's request, the Court hereby **ORDERS** that the hearing is **RESET** until **2 p.m. Monday, April 27, 2026** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on April 9, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all nondispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 5.

1