**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

May 26, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_

DEPUTY

| | | |
|---|---|---|
| **G&W Water Supply Corporation,** *Plaintiff,* | § § § § | |
| *v.* | § § | **1:26-CV-261-ADA-SH** |
| **Thomas J. Gleeson, Kathleen Jackson, Courtney K. Hjaltman, and Morgan Johnson, in their official capacities as Commissioners of the Public Utility Commission,** *Defendant.* | § § § § § § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 32. Judge Hightower recommends that this Court **DENY** Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 15). *Id.* at 8. The report was filed on April 28, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant Commissioners of the Public Utility Commission of Texas ("PUCT Defendants") filed objections on May 13, 2026. Dkt. 34. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 32), the PUCT Defendants' objections (Dkt. 34), and the

applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate

Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States

Magistrate Judge Hightower (Dkt. 32) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the PUCT Defendants' Objections (Dkt. 34) are

**OVERRULED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended

Complaint (Dkt. 15) is hereby **DENIED**.

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE